**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:09cv2394 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

**UNOPPOSED MOTION TO MODIFY DEADLINES FOR
SUMMARY JUDGMENT BRIEFING**

Defendant United States Department of Justice ("DOJ") hereby moves the Court to extend the deadlines for the filing of summary judgment briefs in the above-captioned action. Consistent with Local Civil Rule 7(m), Defendant has conferred with counsel for Plaintiff Electronic Privacy Information Center ("EPIC"), who has represented that Plaintiff does not oppose this motion. A proposed order is attached. In support of this motion, Defendant states as follows:

1. This action concerns a FOIA request made by EPIC on July 2, 2009 regarding certain screening technology employed by DOJ's component, the United States Marshals Service ("USMS").

2. Pursuant to the Court's Order of February 19, 2010 (Dkt. No. 9), the parties filed a Joint Case Management Report and Proposed Schedule (Dkt. No. 10) in which the parties proposed the following schedule for summary judgment briefing:

  Defendant's Motion for Summary Judgment:   July 2, 2010
  Plaintiff's Opposition and Cross-Motion:   August 2, 2010
  Defendant's Reply and Opposition:   August 16, 2010
  Plaintiff's Reply:   August 30, 2010

3. On June 4, 2010, undersigned counsel contacted John Verdi, counsel for Plaintiff, to request that the above deadlines be extended by approximately six weeks to accommodate counsel's schedule.

4. On June 11, 2010, undersigned counsel and Mr. Verdi conferred by telephone. Mr. Verdi indicated that EPIC would not oppose the extension, provided that Defendant provide certain assurances regarding the scope of Defendant's search for records responsive to one of the items in EPIC's FOIA request.[1]

5. Defendant agreed to provide such assurances. Mr. Verdi accordingly has confirmed that EPIC does not oppose the instant motion.

6. Defendant proposes that the deadlines be extended as follows:

  Defendant's Motion for Summary Judgment:   August 12, 2010
  Plaintiff's Opposition and Cross-Motion:   September 13, 2010
  Defendant's Reply and Opposition:   September 27, 2010
  Plaintiff's Reply:   October 11, 2010

7. The requested extension will not cause undue delay or prejudice either party. No previous extensions of the briefing schedule have been granted.

Date: June 15, 2010       Respectfully submitted,

                TONY WEST
                Assistant Attorney General

                RONALD C. MACHEN, JR.
                United States Attorney for the
                District of Columbia

---

[1] The request at issue is for "all unfiltered or unobscured images captured using Whole Body Imaging technology."

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Jesse Z. Grauman*
JESSE Z. GRAUMAN (Va. Bar No. 76782)
U.S. Department of Justice
Civil Division, Federal Programs Branch

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Telephone:    (202) 514-2849
Fax:               (202) 616-8460
Email:            jesse.z.grauman@usdoj.gov

*Attorneys for Defendants*