# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) v. ) ) UNITED STATES DEPARTMENT OF ) JUSTICE ) ) Defendant. ) ) | No. 1:09-cv-02394 (HHK) |

## NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT

Plaintiff the Electronic Privacy Information Center hereby accepts Defendant U.S. Department of Justice's September 14, 2010 Rule 68 Offer of Judgment in this action.

The Offer of Judgment is attached as Exhibit 1.

Respectfully submitted,

_____/s/ John Verdi_____
MARC ROTENBERG
JOHN VERDI
Electronic Privacy Information Center
1718 Connecticut Ave. NW
Suite 200
Washington, DC 20009
(202) 483-1140
*Counsel for Plaintiff*

Dated: September 28, 2010

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of September 2010, I served the foregoing NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT, including all exhibits and attachments, by electronic case filing and electronic mail upon:

    JESSE Z. GRAUMAN
    U.S. Department of Justice
    Civil Division, Federal Programs Branch

                                               _____*/s/ John Verdi*_____
                                                 John Verdi
                                                 *Counsel for Plaintiff*